AO 121 (Rev. 06/16)

|  |  |
|---|---|
| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court - Central District of California |
|---|---|
| DOCKET NO.<br>2:22-cv-01136 | DATE FILED<br>February 18, 2022 |
| | 350 West 1st Street<br>Los Angeles, CA 90012 |

| PLAINTIFF<br><br>HOWARD M. EHRENBERG, Chapter 7 Trustee | DEFENDANT<br><br>The Walt Disney Company |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  TXu 2-163-328 | The Muppet Babies Production Bible | Jeffrey Scott |
| 2 | SEE ATTACHMENT A | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Attachment A to Report on the Filing or Determination of an Action or Appeal Regarding Copyright

| Copyright Work Registration No. | Title of Work | Author of |
|---|---|---|
| PA 2-295-141 | AROUND THE NURSERY IN 80 DAYS | JEFFREY SCOTT |
| PA 2-295-143 | FINE FEATHERED ENEMIES | JEFFREY SCOTT |
| PA 2-295-144 | FOZZIE'S FAMILY TREE | JEFFREY SCOTT |
| PA 2-295-145 | FOZZIE'S LAST LAUGH | JEFFREY SCOTT |
| PA 2-295-146 | I WANT MY MUPPET TV | JEFFREY SCOTT |
| PA 2-295-147 | KERMIT GOES TO WASHINGTON | JEFFREY SCOTT |
| PA 2-295-148 | MUPPET GOOSE | JEFFREY SCOTT |
| PA 2-295-149 | MUPPETS IN TOYLAND | JEFFREY SCOTT |
| PA 2-295-150 | MUSICAL MUPPETS | JEFFREY SCOTT |
| PA 2-295-151 | ONCE UPON AN EGG TIMER | JEFFREY SCOTT |
| PA 2-295-152 | OUT OF THIS WORLD HISTORY | JEFFREY SCOTT |
| PA 2-295-153 | PIGERELLA | JEFFREY SCOTT |
| PA 2-295-154 | PIGGY'S HYPER-ACTIVITY BOOK | JEFFREY SCOTT |
| PA 2-295-155 | SCOOTER'S UNCOMMON COLD | JEFFREY SCOTT |
| PA 2-295-156 | SNOW WHITE AND THE 7 MUPPETS | JEFFREY SCOTT |
| PA 2-295-157 | TREASURE ATTIC | JEFFREY SCOTT |
| PA 2-295-158 | THE BEST FRIEND I NEVER HAD | JEFFREY SCOTT |
| PA 2-295-159 | THE WEIRDO ZONE | JEFFREY SCOTT |
| PA 2-295-160 | THE MUPPET BROADCASTING COMPANY | JEFFREY SCOTT |
| PA 2-295-161 | THE DAILY MUPPET | JEFFREY SCOTT |
| PA 2-295-163 | THE GREAT MUPPET CARTOON SHOW | JEFFREY SCOTT |
| PA 2-295-164 | THE MUPPET MUSEUM OF ART | JEFFREY SCOTT |
| PA 2-295-165 | THE GREAT COOKIE ROBBERY | JEFFREY SCOTT |
| PA-2-295-140 | WHAT'S NEW AT THE ZOO | JEFFREY SCOTT |
| PA-2-295-142 | BAD LUCK BEAR | JEFFREY SCOTT |
| PA-2-285-216 | 8 TAKE AWAY 1 EQUALS PANIC! | JEFFREY SCOTT |
| PA-2-284-939 | FROM A GALAXY FAR FAR AWAY | JEFFREY SCOTT |
| PA-2-284-895 | GOOD CLEAN FUN | JEFFREY SCOTT |
| PA-2-285-172 | GONZO'S VIDEO SHOW | JEFFREY SCOTT |
| PA-2-285-238 | NOISY NEIGHBORS | JEFFREY SCOTT |
| PA-2-285-208 | SCOOTER'S HIDDEN TALENT | JEFFREY SCOTT |
| PA-2-284-867 | WHO'S AFRAID OF THE BIG, BAD DARK? | JEFFREY SCOTT |
| PA-2-284-984 | DENTAL HIJINKS | JEFFREY SCOTT |
| PA-2-285-000 | RAIDERS OF THE LOST MUPPET | JEFFREY SCOTT |
| PA-2-284-909 | THE CASE OF THE MISSING CHICKEN | JEFFREY SCOTT |
| PA-2-284-920 | WHAT DO YOU WANT TO BE WHEN YOU GROW UP? | JEFFREY SCOTT |
| PA-2-284-947 | CLOSE ENCOUNTERS OF THE FROG KIND | JEFFREY SCOTT |
| PA-2-284-969 | FUN PARK FANTASIES | JEFFREY SCOTT |
| PA-2-284-867 | WHO'S AFRAID OF THE BIG, BAD DARK? | JEFFREY SCOTT |