UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-01136-SB-SK | Date: | July 8, 2022 |
|---|---|---|---|

| Title: | *Howard Ehrenberg v. The Walt Disney Company* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephen D. Rothschild (Zoom) | Erin Joan Cox (Zoom) |

**Proceedings:**   [Minutes of] MOTION TO DISMISS [Dkt. No. 27] [Held and Continued]

   Case called and appearances made.  Due to defense counsel's technical difficulties, the Court continues this matter to July 15, 2022 at 8:30 a.m.  The Court will allow another defense attorney to appear in person to argue the motion if Ms. Cox remains unable to appear in person consistent with CDC guidelines.  In light of Plaintiffs' counsel's representation that he is prepared to submit on the tentative opinion, the Court will allow him to appear remotely if he remains out of town on July 15.[1]:

:23

---

[1] It is therefore unnecessary for Plaintiffs' counsel to file a declaration seeking leave to appear remotely as the Court had indicated on the record.