1  KING, HOLMES, PATERNO & SORIANO, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
   SROTHSCHILD@KHPSLAW.COM
3  1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
4  TELEPHONE:   (310) 282-8989
   FACSIMILE:    (310) 282-8903
5
   Attorneys for Plaintiffs Howard M.
6  Ehrenberg, Chapter 7 Trustee, and Jeffrey
   Scott
7

8                    UNITED STATES DISTRICT COURT
9
           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11 HOWARD M. EHRENBERG, Chapter          CASE NO. 2:22-cv-01136-SB-SK
12 7 Trustee; and JEFFREY SCOTT,
                                         **SECOND AMENDED COMPLAINT**
13           Plaintiffs,                 for

14     vs.                              1)    Copyright Infringement
                                        2)    Copyright Infringement
15 The Walt Disney Company,             3)    Declaration of Co-Ownership
                                        4)    Declaration of Co-Ownership
16           Defendant.                 5)    Breach of Contract
                                        6)    Idea Misappropriation
17                                      7)    Fraud

18                                       **Judge:** Hon. Stanley Blumenfeld, Jr.

19                                       **JURY TRIAL DEMANDED**

20                                       **Action Filing Date:** February 18. 2022

21

22         Plaintiffs Howard M. Ehrenberg, Chapter 7 Trustee ("Trustee") and Jeffrey

23 Scott ("Scott") (collectively, "plaintiffs") hereby allege as follows:

24         1.     This case is to remedy defendant The Walt Disney Company's

25 ("Disney") unapologetic misappropriation of a veteran television writer's award-

26 winning original contributions to one of its most treasured animated properties, the

27 *Muppet Babies* television show, and of valuable new ideas he submitted for

28 Disney's *Muppet Babies* reboot, which first aired in March 2018.

5710.014/1838501.1

SECOND AMENDED COMPLAINT

2.      Scott is among animation's most acclaimed screenwriters, with decades of experience developing, writing and story-editing children's shows, primarily for network TV, including not only *Muppet Babies*, but also *Super Friends, Spider-Man*, *Teenage Mutant Ninja Turtles*, *Dungeons & Dragons, Pac Man*, *Hulk Hogan's Rock 'n' Wrestling, Sonic the Hedgehog, Zorro*, *James Bond Jr.*, *Dragon Tales*, *India's Little Krishna, Shaktimaan*, and many others.  He also is the author of a widely respected text on animation writing, among other accomplishments.

3.      Recognizing Scott's talent, Disney's predecessor-in-interest, Marvel Productions, Ltd. ("Marvel"), with Jim Henson and The Henson Company's (collectively, "Henson") participation and approval, asked Scott to create the original *Muppet Babies* production bible in the early 1980s.  The production bible created and defined the foundational elements of the show.  Since Scott was not an employee of Marvel or Henson and never agreed to convey his copyright in the bible to either of them, Scott held the copyright in the bible immediately upon its creation.

4.      After the bible, Scott wrote the scripts for all but four of the episodes produced during the first three years of *Muppet Babies*' original run, his copyrights in which he also never conveyed to Marvel or Henson.  Scott received three Emmy awards and a Humanitas Prize for his scripts.  When Scott left the Series in 1986 to pursue other opportunities, Jim Henson wrote to him, "Thank you for all you've done for MUPPET BABIES.  I think it's a terrific series – because of you."

5.      Disney's *Muppet Baby* reboot is derived from and permeated with the elements from Scott's bible and scripts, and would not exist in anything like its present form without Scott's contributions.  Yet, Disney continues to refuse to give Scott any credit for its wholesale use of his material and to compensate him fairly, or at all, for that use.

6.      Disney has released three seasons of new *Muppet Babies* episodes, for a total of 71 episodes and one special.  Disney has incorporated the elements in

1  Scott's bible and scripts (as well as ideas he presented to Disney executives in
2  2016), plagiarizing Scott's dialogue, plot points, images, gags, cultural references,
3  character attributes, settings, story arcs, themes, and many other elements created at
4  Henson and Marvel's invitation and request.  Yet, Disney continues to refuse to
5  acknowledge Scott's essential, protected contributions and to compensate Scott for
6  its unauthorized, wholesale exploitation of them.

## THE PARTIES

7.      Trustee is the Chapter 7 Trustee of the bankruptcy estate (the
"Bankruptcy Estate") of Scott and Sonya Scott in *In re: Jeffrey Alan Scott and*
*Sonya Scott*, United States Bankruptcy Court for the Central District of California,
Case No. 2:95-bk-11691-BR.

8.      Scott is and at all times material herein has been an individual residing
in the County of Los Angeles, California.

9.      Disney is and at all times material herein has been a corporation
organized and existing under the laws of the State of Delaware with its principal
place of business in the County of Los Angeles, California.

## JURISDICTION AND VENUE

10.      This action arises under the United States Copyright Act of 1976.  The
complaint states a claim for infringement of federally registered copyrights under
the Copyright Act (17 U.S.C. §§ 106 and 501).

11.      This Court has subject matter jurisdiction over this action pursuant to
28 U.S.C. §§ 1331 and 1338.  This Court has pendent and supplemental jurisdiction
over the state law claims pursuant to 28 U.S.C. § 1338(b) and 1367(a).

12.      This Court has personal jurisdiction over Disney because Disney's
principal place of business is in California and in this district, and because
committed one or more of the infringing acts complained of herein in California and
in this district.

13.      Venue in this Court is proper at least under the provisions of 28 U.S.C.

§ 1391.

## FACTS

14.     In or about October 1983 Marvel obtained Scott's services to create a series production bible and write scripts for a new Muppet-based television show, depicting the Muppet characters as youngsters.  Although Marvel proposed draft written agreements, Scott never accepted them because he disagreed with certain proposed terms, and they were never fully executed.  However, throughout the show's initial run, the parties operated pursuant to some of the material terms reflected in the unsigned written agreement and treated those terms as valid and enforceable.  Pursuant to the parties' agreement, which was oral and partially reflected in portions of the unsigned agreements, Marvel initially paid Scott $12,000 per script he wrote, which increased to $13,500 per script in 1986; gave him the right to write the script of each new episode produced; and agreed to pay him, and did pay him, a $3,500 royalty for each new episode produced, in perpetuity.  Marvel also agreed to give Scott a "Developed for Television by" credit on each episode, which it did.  While Marvel kept those promises, Disney has not.

15.     A copy of the bible that Scott created is attached hereto as Exhibit 1 and incorporated hereby by reference.  A copy of Scott's registration of the copyright in the bible is attached hereto as Exhibit 2 and incorporated herein by reference.

16.     In November 2014, Scott proposed to Lisa Henson, the president of the Jim Henson Company, that Disney produce new *Muppet Babies* shows, and asked her who at Disney to talk to about his idea.  Scott did not go into detail with Ms. Henson about the ideas he had for a new *Muppet Babies*, but was merely seeking her assistance in contacting Disney.

17.     Ms. Henson put Scott in contact with Debbie McClellan ("McClellan"), a then vice-president at Disney's The Muppets Studio.  McClellan told Scott that Disney was planning other Muppets projects and to re-release the *Muppet Babies*

1  series, and expressed interest in producing new episodes of *Muppet Babies*.

2  18.    In early 2016, Scott met with Disney executives Joe D'Ambrosia

3  ("D'Ambrosia") and Alyssa Cooper Sapire ("Sapire"), and gave them his ideas for a

4  *Muppet Babies* reboot.  In addition to written ideas that Scott had already provided

5  to them at their request, the Disney executives asked Scott to send them some of his

6  *Muppet Babies* scripts, which he did.  Scott's ideas, which he also gave to Disney in

7  a "pitch" document he sent on March 4, 2016, a copy of which is attached hereto as

8  Exhibit 3 and incorporated herein by reference, and which Disney used in the new

9  episodes, included making the nursery a big warm room in a charming old house,

10  furnished with art supplies, books, a table, a play area, and other things; adding an

11  outdoor play area with play equipment and other elements; making the nanny

12  character younger; structuring episodes around the *Muppet Babies* encountering

13  problems in the real world and using their imaginations to explore, amplify, and

14  resolve them; and others.

15  19.    Scott's ideas were different from those contained in his scripts and

16  bible.  Scott suggested updating the Nanny character by making her younger and

17  having her socks change in different episodes.  He proposed updating the animation

18  to CG, expanding and updating the nursery into a house and making the nursery

19  room bigger with things like books, a table, a play area, arts supplies, easels, and

20  other furnishing; and expanding the outdoor playground.  Disney incorporated those

21  ideas into the reboot without compensating Scott.

22  20.    Disney continues to fail and refuse to pay for Scott's work and to

23  accord Scott the "Developed for Television by" credit that Marvel promised him.

24  21.    On information and belief, Disney does not dispute access to Scott's

25  scripts and bible or to the original *Muppet Babies* episodes based on them.

26  22.    Scott created and wrote the *Muppet Babies* production bible and wrote

27  all but four of the episodes produced during the show's first three seasons, and

28  chose not to write more episodes.  A list of the episodes that Scott wrote, along with

1  the registration numbers of his copyrights in them, is attached hereto as Exhibit 4

2  and incorporated herein by reference.

3      23.    Scott's production bible significantly developed, expanded on and

4  created new attributes for the child versions of the characters, and created the mix of

5  entertainment and education, and the blueprint for its stories.  The main characters

6  that Scott significantly developed and expanded on were "kid" versions of the

7  Muppets.  Among other things, he refined and added to their character traits and

8  their relationships with each other, and created original running gags associated with

9  each of them.  At Jim Henson's suggestion, Scott also created an entirely new

10  character, Nanny, including her distinctive colored socks, which were and remain

11  integral to the series.  Scott's bible also created show structures incorporating

12  fantasies and adventures that spring from the characters' imaginations and start in

13  the nursery, often taking them to new environments in their imaginations; the use of

14  live action footage and photographs; how the show uses music, and many other

15  elements.

16      24.    The following examples, mainly from just the first four reboot episodes

17  illustrate Disney's unauthorized use and infringement of Scott's bible.  To list each

18  of the many, many instances of Disney's repeated copying of the bible throughout

19  each episode of the reboot would be beyond the scope of appropriate pleading.

20      25.    The bible created the ubiquitous Nanny character, including that she is

21  an adult woman and parental figure, with only her legs and colorful socks seen on

22  screen from the Muppet babies' point of view.  Other than using a different voice

23  actor, making Nanny younger (as Scott proposed when he submitted his ideas to

24  Disney) and tinkering slightly with her still-colorful socks, Nanny in the reboot is

25  the same character that Scott created.  Reboot examples include "Piggy's Time

26  Machine," "Winter Sport-A-Thon," and "Oh Brother."  Jim Henson originally

27  envisioned the Nanny character as "Sweetums, the big Muppet Ogre," not a human

28  woman.

26.     The bible created the character Animal's signature phrase "Go bye-bye," which the reboot used, including in "Piggy's Time Machine" (Animal says "Animal go bye bye!" when the characters turn on their imaginary time machine) and "Muppets of the Caribbean" (as the characters sale of, Animal says "Go bye-bye!").

27.     The bible created Animal's main character attribute-that he is mess prone.  In reboot episode "Animal Fly Plane," the story revolves around Animal making a mess with art supplies and popcorn.

28.     The bible created the theme that Kermit's fantasies are picture book fantasies, almost archetypical.  In the reboot episode "Kermit the Brave," Kermit's fantasy involves carrying a sword, going to a castle, and meeting a dragon, in order to cure his fear of the dark.

29.     The bible created the theme that Gonzo's fantasies would "likely spring from a comic book he was reading."  In the reboot episode "Super Fabulous vs. Captain Icecube," Gonzo imagines he is a comic book villain.

30.     The bible created the visual look of the show, including using a wide variety of backgrounds, from austere to ornate; using old photographs, and inserting stock footage into the show.  The reboot episode "Sir Kermit the Brave" used a background of line-drawn stars and images of various textiles, and footage from *Raiders of the Lost Ark*.  The reboot episode "Animal Fly Plane" used collages with paper and textiles.  The reboot episode "Super Fabulous vs. Captain Icecube used a comic book visual style with high contrast colors.  The reboot episode "Piggy's Time Machine" uses "Flintstones" style simple animation, with paintings and a live action image of an old airplane.

31.     The reboot's use of the design themes at page 29 of the bible (Ex. 1) also include "The Great Muppet Sport-A-Thon" (Nanny swiping a screen in the Nursery to reveal pictures of what she is describing), "Muppet Space Camp" (photo of moon and photo style image of an astronaut appear on TV screen); "No Takesies

Backsies" (background in comic book style and photo cutout of the moon); "Animal Too Loud" (skyscraper background drawn in comic book style); "Kermit Gets The Grumpies" (background in comic book style); "Muppet Newsflash" (computer generated wooly mammoth made to look as if it were live action); "Farewell, Statler and Waldorf" (photos on background wall); "Happy Villain-Tine's Day" (skyscraper background drawn in comic book style); and "Winter Sport-A-Thon" (live action tv shots of ice speed skater and skier).

32.     The bible created the blueprint for each episode's plot trajectory and arrangement, which the reboot also copies and which is in stark contrast to the almost plotless show that Jim Henson initially envisioned.  Episodes typically begin in the nursery, other rooms, or the back yard, and not just in the nursery, as Jim Henson had proposed; the environment changes to a fantasy world of one of the Muppet Babies; the fantasy incorporates that character's point of view and the everyday objects around him or her; the other characters join in the fantasy; and then, sometimes after picking up on the weaknesses of the character who generated the fantasy but ultimately supporting that character, help him or her solve problems and grow.  In the reboot episode "Kermit the Brave," the fantasy developed from Kermit's fear of the dark; incorporated the real environment; and the other characters joined in the fantasy and told stores to support Kermit in overcoming his fear.  In "Animal Fly Plane," the other characters join Animal's fantasy of flying a plane, criticize and then support him in it, and applaud his abilities.

33.     The bible created key elements of the back yard in the show—a swing set with a slide, a sandbox that could be used as a springboard for fantasies, a giant tree, and a treehouse.  The reboot uses those elements as Scott designed them to be used.  For example in the reboot episode "Finders Keepers" the sandbox became the Egyptian desert.

34.     The bible created the theme of the characters incorporating the everyday items around them into their fantasies, including chairs.  In "Animal Fly

KING, HOLMES, PATERNO & SORIANO, LLP

Plane" the reboot uses chairs to create an imaginary airplane.  Throughout the reboot, the characters use furniture, art supplies, blankets, pillows, and other everyday items in their fantasies, as the original show did.

35.   The bible created the recurring element of the characters singing a song in each episode with original lyrics relating to the characters, their environment, their fantasies, or the episode, and often giving them insight into their fantasies.  The reboot did that in "Sir Kermit the Brave," "Animal Fly Plane," "Super Fabulous vs. Captain Icecube, and "Piggy's Time Machine," and throughout the reboot's run.  In Sir Kermit the Brave," Kermit's song is about being in the dark and realizing his fears have never come true.

36.   The following examples, illustrate Disney's unauthorized use and infringement of Scott's scripts.  As with the series bible, to list each of the many, many instances of Disney's repeated copying of the bible throughout each episode of the reboot would be beyond the scope of appropriate pleading.

37.   Reboot "You Ought to Be in Pictures" copies Scott's "The Muppet Museum of Art."  From thousands of years of art history, Disney chose exactly the same period as Scott did in his script.  From the many well known artists from that period, Disney used exactly the same artists as Scott did.

| Reboot "You Ought to Be in Pictures" | Scott's "The Muppet Museum |
|---|---|
| The characters view impressionist artwork | The characters view impressionist artwork |
| The artwork is shown in photorealistic images | The artwork is shown in photorealistic images |
| The characters look at August Rodin's "The Thinker" | The characters look at August Rodin's "The Thinker" |
| The characters look at a Vincent van Gogh painting | The characters look at Vincent van Gogh paintings |

| The characters look at a Paul Cezanne painting | The characters look at a Paul Cezanne painting |
| The characters look at a Pierre-Auguste Renoir painting | The characters look at a Pierre Auguste Renoir painting |
| Animal: "Renoir!" | Animal: "Renoir!" |

38.     Reboot episode "Boo Boo Bamboozle" copies Scott's "Kermit Goes to Washington."

| Reboot "Boo Boo Bamboozle" | Scott's "Kermit Goes to Washington" |
| --- | --- |
| Jill the frog is in a castle wearing a crown | Piggy is in a castle dressed as a queen |
| Jill: "Bring on the royal entertainment" | Piggy: "Bring on the Royal court jester" |
| Jill: "Okay, royal singers, your queen would like to hear a song" | Piggy: "Bring on the royal musicians … play my favorite song!" |

39.     Reboot episode "Playground Pirates" copies several of Scott's scripts.

| Reboot "Playground Pirates" | Scott's "Out of this World History" |
| --- | --- |
| Nanny loses an earring and characters pretend to be pirates looking for her treasure | Nanny loses something and characters pretend to be pirates looking for her treasure |
| Characters pretend they are on a pirate ship | Characters pretend they are on a pirate ship |
| Kermit is captain and wears a pirate hat | Kermit is captain and wears a pirate hat |
| Kermit is "Captain Greenbard" | Kermit is "Captain LaFrog" |
| Muppet Babies: "Aye, aye, Captain Greenbard" | Rowlf: "Aye-aye, Captain LaFrog" |

|  | Scott's "Fozzie's Family Tree" |
|---|---|
| A huge sea monster looms over the side of the ship and roars | A huge sea monster looms over the side of the ship and roars |
| Muppet Babies:  "Sea monster!" | Gonzo:  "Sea monster off the starboard bow" |
| The sea monster grabs Kermit | The sea monster pins Kermit |
| Kermit: "Land Ho" | Gonzo "Land Ho" |
|  | Scott's "Treasure Attic" |
| The characters stand on shore next to a pirate ship | The characters stand on shore next to a pirate ship |
| Kermit:  "Miss Nanny's treasure must be here" | Skeeter:  "If we're going to find Nanny's treasure we gotta search the pirate ship" |
| Kermit finds a treasure chest | The characters find treasure chests |
| Nanny:  "I can't believe you found it" | Nanny:  "Why Scooter! You found them" |

40.     Reboot episode "Sir Kermit the Brave" copies several of Scott's scripts.

| Reboot "Sir Kermit the Brave" | Scott's "Treasure Attic" |
|---|---|
| Nanny loses a sweater and looks for it in the nursery closet | Nanny loses some photos and looks for them in the nursery closet |
| Nanny says "Hmm.  Where could it have gone?" | Nanny says "I don't understand it." |
| Nanny enters the closet | Nanny enters the closet |
|  | Scott's "Good Clean Fun" |
| The characters hear a roar in an imaginary cave | The characters hear a gurgle as they walk down imaginary pipes |

11

| | |
|---|---|
| Fozzie:  "Oh, it sounds like an empty stomach" | Indiana Frog:  "Maybe it was Animal's stomach growling"<br>Fozzie:  "what if it's some else's stomach growling" |
| | **Scott's Once Upon an Egg Timer** |
| Characters imagine "Raiders of the Lost Ark" style traps waiting for them | Characters imagine "Raiders of the Lost Ark" style traps waiting for them |
| Live action shot of "Raiders of the Los Ark" giant stone ball | Live action shot of "Raiders of the Los Ark" giant stone ball |
| Kermit steps on a trap which lowers a few inches | Kermit trips a wire |
| | **"Who's Afraid of the Big Bad Dark"** |
| Theme is that Kermit is afraid of the dark.  The characters' fantasy helps him overcome the fear | Theme is that Beaker is afraid of the dark.  The characters' fantasy helps him overcome the fear |
| Kermit's fear is mitigated by his rubber chicken | Fozzie's fear is mitigated by his teddy bear |

41.   Reboot "The Great Muppet Sport-A-Thon" copies two of Scott's scripts.

| Reboot "The Great Muppet Sport-A-Thon" | Scott's "I Want My Muppet TV" |
|---|---|
| The characters' internet goes down so they create their own imaginary Olympics | The characters' television stops working so they create their own imaginary TV shows |
| Nanny: "Looks like the internet's not working.  I'm so sorry, kiddos | Nanny: "I'm sorry.  It must be broken" |

| Nanny: "I'll call to get it fixed." | Nanny: "I'll have the repairman come out and fix it" |
|---|---|
| Piggy: "We don't need a Sport-A-Thon. We can have a Sport-A-Thon" | Kermit: "I was thinking maybe we could pretend to make our own TV show" |
| The characters rush to pretend they are in a sports event | The characters rush to pretend they are in a TV show |
| | **Scott's "What do You Want to Be When You Grow Up?"** |
| Animated stadium with cheering crowd | Cheering crowd |
| Characters wear jerseys | Skeeter wears jersey |
| Jumping game | Pole vault |

42.    Reboot episode "Piggy's Time Machine" copies several of Scott's scripts.

| **Reboot "Piggy's Time Machine"** | **Bible** |
|---|---|
| Animal: "Animal go bye-bye" | Animal" "Go bye-bye" |
| | **Scott's "Out of this World History"** |
| Fantasy background is prehistoric mountains with smoking volcano | Fantasy background is jungle with smoking volcano |
| Dinosaur enters scene | Dinosaur enters scene |
| Dinosaur runs through shot | Dinosaur runs through shot |
| Robot enters | Robots enter |
| Going back in time, characters appear over John Trumbull's painting of the signing of the Declaration of Independence | Emanuel Leutze's painting of Washington crossing the Delaware appears |

| Live action shot of old airplane | Live action stock footage of old airplane |
|---|---|
| Characters in ancient Egypt | Characters look at book of pictures with photo of pyramids |
| Sphinx with Beaker's face on it | Sphinx with Gonzo's face on it |
| | **Scott's "8 Take Away 1 = Panic"** |
| Painting of Julius Caesar | Gonzo: "I am Emperor Julius Gonzo of Rome" |
| | **Scott's "Fun Park Fantasies"** |
| Mark Antony appears | "Kermit Anthony" appears |
| | **Scott's "Fozzie's Family Tree"** |
| Shot of Viking ships at sea | Viking ship at sea |

43.    Reboot episode "How Kermit Got His Groove" copies three of Scott's scripts.

| Reboot "How Kermit Got His Groove" | Scott's "Once Upon an Egg Timer" |
|---|---|
| Piggy dances to ballet music | Piggy dances to ballet music |
| | **Scott's "Muppets in Toyland"** |
| Gonzo wears a Carman Miranda fruit Hat | Fozzie's head is covered with fruit which looks like a Carman Miranda fruit hat |
| | **Scott's "The Muppet Museum of Art"** |
| Animal roller skates into shot | Animal roller skates into shot |
| Animal break dances on his back | Animal break dances, spinning on his head |

44.     Reboot episode "Animal Fly Plane" copies two of Scott's scripts.

| Reboot "Animal Fly Airplane" | Scott's "The Muppet Museum of Art" |
|---|---|
| Characters are doing art in the nursery | Animal is doing art in the nursery |
| Animal picks up glue and glitter. | Animal picks up paints and crayons |
| Other characters say "No Animal" | Kermit says "Animal! No!" |
| Animal squirts glue and glitter on Kermit's collage, himself and the table. | Animal squeezes paints and mashes crayons on paper and on himself |
| Animal says "Animal is Art!" | Animal says "Not mess!  Art!" |
|  | Scott's "7 Take Away 1 = Panic!" |
| Characters fantasize they are on an airplane | Characters fantasize they are on an airplane |
| Characters use chairs in nursery as seats | Characters use chairs in nursery as seats |
| Kermit:  "Okay, passengers, prepare for takeoff" | Rowlf:  "You are cleared for takeoff" |
| Jet engine sound effect | Jet engine sound effect |
| Kermit holds imaginary steering wheel | Skeeter holds imaginary steering wheel |
| Characters faces pressed against glass looking down | Fozzie' face pressed against glass, looking down |
| Kermit in jet cockpit | Characters in a jet cockpit |
| Gonzo walks down isle with food cart | Piggy carries food tray |
| Gonzo:  "Pretzels, crackers, cookies" | Piggy "Cookies, milk candy" |

45.     Reboot "The Blanket Fort" copies Scott's "Kermit Goes to Washington.

| Reboot "The Blanket Fort" | Scott's "Kermit Goes to Washington" |
|---|---|
| The episode is about Piggy making up | The episode is about Piggy making p |

| | |
|---|---|
| her own rules in an imaginary kingdom and forcing the others to follow them | her own rules and forcing the others to follow them |
| The word "rules" is used over and over again throughout the episode | The word "rules" is used over and over again throughout the episode |
| Piggy:  "It's the queen's duty to make the rules" | Piggy"  "Don't you remember the rules I made up?" |
| Piggy orders guards to take a character to the dungeon | Piggy orders guards to a take a character away |

46.     Other copying includes, but is by no means limited to, Disney's "Doctor Fozzie" copying Scott's "What Do You Want to Be When You Grow Up?" (hospital scene copies "Doctor Fozzie" scene); Disney's "Starship Piggy" copying Scott's "From a Galaxy Far, Far Away," and "I Want My Muppet TV" (copies imaginary space adventure and *Star Trek* parody, including dialogue and action); Disney's "Mister Manny" copying Scott's "Around the Nursery in 80 days" (copies story line with the Nanny character leaving to run errands and putting someone else in charge, including dialogue and action); Disney's "Don't Over Duet" copying Scott's "One Upon an Egg Timer" and "Scooter's Uncommon Cold" (copies basic plot line, dialogue and action); Disney's "Library Leapfrog" copying Scott's "Close Encounters of the Frog Kind" and "The Great Cookie Robbery"(copies character leaping into a picture, western theme, action and dialogue); and Disney's "Rizzo for Mayor" copying Scott's "Kermit Goes to Washington" (copies general plot, dialogue and action about making rules, voting and democracy).

47.     Scott first discovered that Disney had begun interpolating many, if not most, of the elements of his bible when he saw episodes of the *Muppet Babies* reboot, which first aired on or about March 23, 2018.  Thereafter, as new episodes aired, he discovered that Disney was interpolating even more elements of his bible, and elements of the scripts that he wrote, in those episodes, without any

1  compensation or any credit to him.

2       48.     On January 31, 2020, Scott and Disney entered into a tolling agreement

3  tolling all statutes of limitations applicable to Scott's claims herein, which they later

4  extended.  The tolling agreement was terminated on September 4, 2020.

5       49.     On October 22, 2020, Scott filed the action entitled *Jeffrey Scott v. The*

6  *Walt Disney Company* in the United States District Court for the Central District of

7  California, Case No. 2:20-cv-09709 (the "Prior Action") alleging, *inter alia*, that

8  Disney had engaged in the willful copyright infringement of the *Muppet Babies*

9  bible also alleged herein.

10      50.     On March 20, 2021, the court dismissed the Prior Action without

11 prejudice, holding that Scott's claims were an asset of the bankruptcy estate in a

12 bankruptcy that Scott filed in 2003, *In re: Jeffrey Scott and Sonya Scott*, United

13 States Bankruptcy Court for the Central District of California Case No. 1:03-bk-

14 17981 (the "2003 Bankruptcy").

15      51.     On April 6, 2021, Scott filed the action entitled *Jeffrey Scott v. The*

16 *Walt Disney Company, et al.,* Los Angeles Superior Court Case No. 21STCV13067

17 (the "State Case"), which is currently pending and which, pursuant to the agreement

18 of the parties, will be dismissed, without prejudice, after the filing of this first

19 amended complaint.  In that action, Scott alleged the state law claims now alleged

20 herein.

21      52.     On April 21, 2021, Scott filed a motion to reopen the 2003 Bankruptcy

22 to amend his schedules to include the claims alleged herein.

23      53.     On April 23, 2021, Scott filed a motion to reopen the 1995 Bankruptcy

24 to amend his schedules to include the claims alleged herein.

25      54.     On May 11, 2021, the court in the 2003 Bankruptcy granted Scott's

26 motion to reopen that case.

27      55.     On June 2, 2021, the court in the 1995 Bankruptcy granted Scott's

28 motion to reopen that case.

56.     On June 5, 2021, Scott filed an amended Schedule B in the 1995 Bankruptcy listing his claims herein as an asset of the Bankruptcy Estate.

57.     On October 1, 2021, Trustee filed an application in the 1995 Bankruptcy to retain King, Holmes, Paterno & Soriano, LLP, to represent him in prosecuting the claims alleged herein.  The court in the 1995 Bankruptcy granted that motion on November 5, 2021.

58.     On January 31, 2022, an Order of Discharge was entered in the 2003 Bankruptcy.

59.     On March 8, 2022, an amendment to the complaint in the State Case was filed substituting Trustee for Scott as plaintiff therein.

60.     As it produced and aired new episodes of the *Muppet Babies* reboot, Disney continued to interpolate Scott's bible, the episodes he wrote, and the ideas he submitted in 2016, and to fail and refuse to compensate him or Trustee and to accord him the "Developed for Television by" credit that Marvel promised him.

## **FIRST CLAIM FOR RELIEF**

(By Trustee For Copyright Infringement)

61.     Plaintiffs incorporate the foregoing paragraphs by reference, as though fully set forth.

62.     17 U.S.C. § 501 prohibits, *inter alia*, anyone from copying original expression from a copyrighted work without the owner's permission.

63.     Trustee is the sole owner of the copyright in the bible that is fixed in a tangible medium of expression.

64.     From and after March 23, 2018, and continuing to the present, Disney has infringed Trustee's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, by interpolating the bible into the *Muppet Babies* reboot and producing, reproducing, distributing, and publicly displaying the reboot, without Scott's or Trustee's authorization or consent.

65.     Disney's conduct has damaged and will continue to damage Trustee.

Trustee's damages include, but are not limited to, the loss of the value of the bible's use in the reboot, Disney's profits from its unauthorized use of the bible, and the value of the credit that Disney failed and refused to afford to Scott.

66.     As a result of its conduct as alleged above, Disney has been unjustly enriched and has wrongfully profited.

67.     Trustee is entitled to actual damages and any profits of Disney that are attributable to the infringement and not taken into account in computing actual damages, in an amount to be proved at trial and all other relief allowed under the Copyright Act, all in an amount to be proved at trial herein.

## SECOND CLAIM FOR RELIEF

### (By Trustee for Copyright Infringement)

68.     Trustee incorporates the foregoing paragraphs by reference, as though fully set forth.

69.     Trustee is the sole owner of the copyrights in the scripts, which are fixed in a tangible medium of expression.

70.     From and after March 23, 2018, and continuing to the present, Disney has infringed Trustee's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, by interpolating Scott's scripts into the *Muppet Babies* reboot and producing, reproducing, distributing, and publicly displaying the reboot, without Trustee's or Scott's authorization or consent.

71.     Disney's conduct has damaged and will continue to damage Trustee. Trustee's damages include, but are not limited to, the loss of the value of the scripts' use in the reboot, Disney's profits from its unauthorized use of the scripts, and the value of the credit that Disney refused to accord Scott.

72.     As a result of its conduct as alleged above, Disney has been unjustly enriched and has wrongfully profited.

73.     Trustee is entitled to actual damages and any profits of Disney that are attributable to the infringements and not taken into account in computing actual

1  damages, in an amount to be proved at trial and all other relief allowed under the

2  Copyright Act, all in an amount to be proved at trial herein.

3  **THIRD CLAIM FOR RELIEF**

4  (By Trustee for Declaration of Co-Ownership)

5  74.    Trustee incorporates the foregoing paragraphs by reference, as though

6  fully set forth.

7  75.    Trustee had the exclusive right to produce derivative works of Scott's

8  bible.

9  76.    The reboot is a derivative work of Scott's bible, using the bible as a

10  foundation and building upon it.

11  77.    Accordingly, Trustee seeks a declaration that it is a co-owner of the

12  reboot to the extent it incorporates Scott's bible.

13  **FOURTH CLAIM FOR RELIEF**

14  (By Trustee for Declaration of Co-Ownership)

15  78.    Trustee incorporates the foregoing paragraphs by reference, as though

16  fully set forth.

17  79.    Trustee had the exclusive right to produce derivative works of Scott's

18  *Muppet Babies* scripts.

19  80.    The reboot is a derivative work of Scott's scripts, using the scripts as a

20  foundation and building upon them.

21  81.    Accordingly, Trustee seeks a declaration that it is a co-owner of the

22  reboot to the extent it incorporates Scott's scripts.

23  **FIFTH CLAIM FOR RELIEF**

24  (By Trustee for Breach of Contract)

25  82.    Trustee incorporates the foregoing paragraphs by reference, as though

26  fully set forth.

27  83.    In or about Fall 1983, Scott and Marvel, Disney's predecessor-in-

28  interest, entered into an oral agreement, some of the terms of which were also

reflected in writing, whereby Scott agreed to write scripts for the *Muppet Babies* television show, in exchange for which Marvel agreed (1) to pay Scott $12,000 per script, (2) to pay Scott a royalty of $3,500 for every *Muppet Babies* episode produced, (3) to afford Scott a "Developed for Television Credit" on each episode, and (4) that Scott had the right to write every *Muppet Babies* script produced thereafter (the "Agreement").

84.     In or about 1986, the parties agreed to increase Scott's per script fee to $13,500.

85.     Scott performed all of his obligations under the Agreement except those that Marvel and Disney waived or made it impossible to perform, and at all times material herein has been ready, willing and able to continue to do so.

86.     Disney breached the agreement by (1) failing and refusing to pay Scott the $3,500 royalty due for every episode of *Muppet Babies* produced for the reboot, (2) failing and refusing to offer Scott the opportunity to write the scripts for the *Muppet Babies* reboot, (3) failing to pay Scott his $13,500 fee for those episodes, and (4) failing to give Scott his "Developed for Television by" credit.

87.     As a direct and proximate result of Disney's breaches of the Agreement, Trustee has been damaged in the amount of in excess of $17,000 per episode of the reboot produced, in an amount to be proved at trial, plus interest. Disney has produced and released 71 episodes and a special to date without according Scott the opportunity to write them or paying the royalties due under the Agreement, and without according Scott the Developed for Television credit to which he is entitled, so that Trustee's damages exceed $901,000, plus interest at the legal rate and additional damages to be proved at trial for the loss of the "Developed for Television by" credit to which Scott is entitled.

## SIXTH CLAIM FOR RELIEF

### (By Scott for Breach of Implied Contract—Idea Misappropriation)

88.     Scott incorporates by reference the foregoing paragraphs as though

fully set forth.

89.    When Scott submitted his ideas for elements of a *Muppet Babies* reboot to Disney in 2016, and when Disney solicited additional ideas from Scott, he and Disney entered into an implied in fact contract whereby Disney agreed to pay Scott for the appropriation and use of his ideas for elements of the show.

90.    Scott received representations and warranties, implied and express, that Disney would not exploit his ideas without compensating him for them, including monetary compensation and a screen credit reflecting his contributions to the *Muppet Babies* reboot, as is required under television industry custom and practice and is Disney's practice with respect idea submissions that it requests and accepts.

91.    Scott, an experienced writer who was well known to Disney, knew that Disney had a history, practice and express policy that it did not accept unsolicited submissions, and that when it solicited and accepted submissions, it paid for them. Indeed, Disney's websites state, "It is the long-standing policy of The Walt Disney Company not to accept unsolicited submissions of creative material.  We hope you understand it is the intent of this policy to avoid the possibility of future misunderstandings when projects developed by our professional staff might seem to others to be similar to their own creative work," and "It is our policy not to accept any unsolicited creative ideas or submissions."

92.    In addition, Scott's understanding was based on his own history of being paid for his material, and that Disney executives specifically requested and accepted his idea submission.  Scott had pitched a move called "Starbike" to Jeffrey Katzenberg at Disney in 1985 which Disney subsequently paid him to write.  Over the years Scott had submitted story premises to Disney for their animated series *Duck Tales*, *Tale Spin*, *Winnie the Pooh*, *Goof Troop*, and *PB&J Otter*, all of which Disney subsequently paid him to write.

93.    Scott has performed all of his obligations under the Agreement except those that Disney waived or made it impossible to perform.

94.     Disney breached its obligations to Scott under the implied agreement by interpolating his ideas into the reboot without compensating him or giving him a screen credit.

95.     As a proximate result of Disney's breach of its implied in fact contract to compensate and credit Scott, Scott has been damaged in an amount according to proof at time of trial, plus interest at the legal rate.

## SEVENTH CLAIM FOR RELIEF

### (By Scott for Fraud)

96.     Scott incorporates by reference the foregoing paragraphs as though fully set forth.

97.     When Disney executives D'Ambrosia and Sapire solicited Scott's ideas for a new *Muppet Babies* series, including in Sapire's March 4, 2016, email to Scott, in which she stated, "Would you send us a one sheet on the new creative direction you intend to take with the show. … This will help us move the project forward," she and the other Disney executives copied on her email, D'Ambrosia and Dennis Venizelos, and their superiors at Disney, knew, and concealed from Scott, that they had no intention of "moving forward" with Scott, that Disney already was preparing for a *Muppet Babies* reboot; that they were in the process of assembling a production team for the reboot; and that they and their superiors had no intention of offering Scott an opportunity to work on the reboot or to pay him for his ideas, which they intended to use without complying with their obligations under the parties' implied agreement.

98.     Scott, when the Disney executives falsely represented that Disney would pay him for his ideas for elements of the reboot and consider offering him an opportunity to work on or otherwise be involved with the reboot for compensation in good faith, was ignorant of the falsity of Disney's misrepresentations and believed them to be true.

99.     Scott reasonably relied on Disney's misrepresentations alleged herein,

based upon which Scott was induced to and did provide his ideas for the reboot to Disney.  Scott's reliance was reasonable because the misrepresentations were made by Disney executives, Disney is in the business of producing television programs and other entertainment projects and regularly compensates persons from whom it accepts creative contributions to such programs and projects, Disney is a respected and well-established entertainment business with almost institutional status, and because Disney's predecessor-in-interest, Marvel, had honored its obligations to Scott.

100.   As a proximate result of Disney's fraud alleged herein, Scott has been damaged in an amount according to proof at time of trial, plus interest at the legal rate.

101.   The aforementioned conduct of Disney constituted intentional misrepresentations, deceits, and concealments of material fact known to Disney with the intention on Disney's part to thereby deprive Scott of property or legal rights or otherwise to cause injury, and was despicable conduct that subjected Scott to cruel and unjust hardship in conscious disregard of Scott's rights, so as to justify an award of exemplary and punitive damages.

WHEREFORE, plaintiffs pray for judgment, as follows:

1.   For damages according to proof, plus interest at the legal rate;

2.   For an accounting of Disney's revenues and profits from the *Muppet Babies* reboot;

3.   As to the Trustee, for a declaration that he co-owns the *Muppet Babies* reboot;

4.   As to Scott, for punitive damages;

5.   For plaintiffs' costs incurred herein; and

6.   For such other and further relief as the Court deems just and equitable.

1    DATED:     July 25, 2022       KING, HOLMES, PATERNO &
2                                      SORIANO, LLP

4                            By:        */s/ Stephen D. Rothschild*
5                                       HOWARD E. KING
6                                 STEPHEN D. ROTHSCHILD
7               Attorneys for Plaintiffs Howard M. Ehrenberg,
                       Chapter 7 Trustee; and Jeffrey Scott

# EXHIBIT 1

*THE MUPPET BABIES*

## PRODUCTION BIBLE

*Written by*

**JEFFREY SCOTT**

FIRST DRAFT

*April 6, 1984*

*Marvel Productions, Ltd.*

*in association with HA!*

## CABINET OF CONTENTS*

*We had a table of contents, but Animal ate it!*

| | |
|---|---|
| **INTRODUCTION** | 2 |
| **KERMIT** | 3 |
| **PIGGY** | 4 |
| **GONZO** | 5 |
| **FOZZIE** | 7 |
| **ROWLF** | 8 |
| **SCOOTER** | 9 |
| **SKEETER** | 10 |
| **ANIMAL** | 11 |
| **BUNSEN & BEAKER** | 12 |
| **ROBIN** | 13 |
| **NANNY** | 14 |
| **CHARACTER RELATIONSHIPS** | 15 |
| **TYPES OF FANTASIES** | 18 |
| **THE NURSERY, ETC.** | 24 |
| **BASIC EPISODE SEGMENTS** | 26 |
| **MUSICAL INTERLUDES** | 28 |
| **ANIMATION, BACKGROUNDS, ETC.** | 29 |
| **A NOTE ON SOUND EFFECTS** | 32 |
| **SERIES FORMAT** | 33 |
| **BASIC SEGMENT STRUCTURE** | 35 |
| **ALTERNATE SEGMENT STRUCTURE** | 36 |
| **"GO BYE-BYE" BLACKOUTS** | 37 |
| **THINGS TO EMPHASIZE** | 38 |
| **THINGS TO AVOID** | 39 |
| **END WORD** | 40 |

## THE MUPPET BABIES...

*are exactly that.  All of those wonderful Muppet characters we've grown to love...as babies.  There's little Kermit, and little Piggy (no relation to the one who went Whee! Whee! all the way home).  There's Gonzo and Fozzie and Rowlf.  There's Animal, Scooter, and his twin sister Skeeter.  Even baby Bunsen and Beaker will drop in now and then.*

*Picture a wild and zany nursery filled with these baby Muppets, each with the unique character traits of their adult selves, but in their embrionic state, expressed in the most comical, juvenile ways imaginable.  There may even be a few extra character traits, unique to the Muppet Babies (ones they later outgrew).  There will also be a disagreeable Nanny to act as the parental authority figure for our Muppet kids.*

*The thrust of the series will be the imaginations and fantasies of the Muppet Babies, and how these fantasies differ (sometimes drastically) from one character to another.  Each fantasy, as seen from one particular kid's point of view, will involve some or all of the Muppet characters, but will reflect the individual point of view of the Muppet doing the imagining.*

*After introducing them in the nursery at the top of the show, our Muppet Babies will launch from a basic story thread (which will continue throughout the episode) to worlds of fabulous fantasy and fun, returning now and then to the real world of the nursery, then rocketing off again into another fantasy.*

*      *      *      *      *

### THE MAIN MUPPET CHARACTERS

**KERMIT...**

As usual, Kermit is the gang leader (although sometimes overwhelmed by the responsibility of this position). He is also the straight man. In contrast to the others, who are prone to elaborating and embroidering upon stories, Kermit is more likely to tell the real versions, be they nursery rhymes, American Frog History or just anecdotes about himself.

Kermit is probably the most well-liked and popular of all the Muppet Babies. Although he is very affectionate toward Piggy, his feelings for her are more of the youthful friendship and playfullness variety, whereas Piggy is just reaching that point in life where she's starting to take their relationship seriously.

In times of trouble, Kermit is usually the level-headed member of the group. Even at his young age, he's got a heart of gold and a childish warmth and naivete that make him the most charming of all the Muppets.

\*   \*   \*   \*   \*

4

***PIGGY...***

*She is cute and sweet and <u>tough</u> -- a younger version of her older self. Piggy tells stories in a way that interests (and therefore stars) her. Her main goal in life is to grow up and marry Kermit with or without his consent. Thus, most of her fantasies feature her as the prima donna, and include a scene in which she tries to get her hands on Kermit. He may be Anthony to her Cleopatra, a swashbuckling pirate to her damsel in distress, or she might just barge in on one of the other kid's fantasies and chase a cavefrog Kermie all over a prehistoric landscape.*

*Piggy will occasionally go into a pedantic teacher mode, with the rest of the Muppet Babies as her unwilling class. She will take control and teach the others a wacky version of whatever appeals to her, perhaps pulling down a small projection screen and showing movies (old live-action stock footage), giving the other kids a way-out and way <u>off</u> history lesson. She might pull down a chart or map which, through the magic of chromakey, presents some bizarre live-action visual that misrepresents what Piggy is trying to teach (like a demonstration on driver education, punctuated by a short scene of Destruction Derby). Although her history lessons will be quite screwed up, they may serve to launch the kids into a wacky historical fantasy of either her conjuring, or one of her pupils. Kermit might be Napolean, or Fozzie and Gonzo might turn out to be the Wright Brothers. We might even see some Egyptian history, with Animal as a wild and crazy King Tut in an even wilder musical number (and a Gonzolike Sphinx next to the pyramids, of course).*

*It should be noted that Piggy's karate weilding, "Super Pig" mode will be seen far less than her sensitive and vulnerable side.*

**GONZO...**

None of the Muppets (including Gonzo) knows exactly what Gonzo is, in fact, it's often a source of humor for the others as they argue amongst themselves as to what he might be. But one thing is for sure, whatever he is, Gonzo is an adventurer at heart. He sees himself as a Super Hero, and thus relates to the television more than the others. Occasionally his fantasies will feature him going _into_ the television set (right through the screen) and becoming a part of whatever he was watching (fantasies with animated or live-action backgrounds may be started in this fashion). Gonzo might lead the other Muppets into the TV and get mixed up in an animated parody of "The Incredible Hulk." Or he might wind up standing in the middle of an old WW II Navy film with a _real_ torpedo coming at him.

Gonzo has a different view of reality than any of the others. Nothing is ever ordinary in Gonzo's universe. If he were to look out the window to see if Nanny were coming, he see a live-action diesel locomotive speeding right toward him. And when he goes to show the others, it's gone! It's almost as if Gonzo is the only one of the Muppet Babies whose fantasies are out of his control. He never knows what's going to happen when he starts imagining.

Gonzo has a crush on Piggy. He goes out of his way to impress her with his daredevil antics but only succeeds in getting into comical trouble. Like the time he fantasized being "Tarzan" to Piggy's "Jane" and swooped from a tree in the jungle, right into a clothes hamper in the corner of the nursery (what a way to ruin a perfectly good fantasy).

*Gonzo, as in the movies, will often carry a little camera (of the instant picture variety), and will constantly be snapping pictures of the most unlikely things (especially chickens). He might aim his camera out the window and snap a picture, only to peel off the print and see a "real life" photograph of King Kong on the Empire State Building!*

\*　　\*　　\*　　\*　　\*

***FOZZIE...***

*This little bear is the comedian of the group. He wants to be a standup comic when he grows up, only first he's got to learn to stand up (something all the Muppet Babies have trouble with now and then). He understands the format, but not the content of the jokes, and therefore his jokes go nowhere: "Have you ever noticed a funny thing about grownups? They don't have to stand on boxes to reach the doorknob because they're already tall enough! Am I right? Do you get it?" He drums his jokes to death, elliciting groans from the others.*

*Fozzie is incredibly gullible, and the others play it for all it's worth. If Skeeter told Fozzie that the Santa Claus was coming and the only way to see Santa was to put a lampshade on his head, stand in the corner, and sing Jingle Bells, you can be sure Fozzie would be standing in the corner with a lampshade on his head, singing Jingle Bells up until about the 3rd of January.*

*Fozzie is also larger and slower and clumsier than the others, and he desperately wants to be the center of attention. Fortunately, he's as lovable as he is pathetic and will, more than any other character, pluck the heartstrings of the audience.*

\*   \*   \*   \*   \*

8

***ROWLF...***

*This little pup plays a mean piano, and being a little bit older than the others, is generally more philosophical about being a baby.  Rowlf gets his smarts from reading the newspaper, but he just can't understand why they're always spread on the floor in his corner of the nursery?!*

*Rowlf will be only one of the Muppet Babies who occasionally looks into the camera and talks directly to the audience, making comical and/or witty asides about the others or some aspect of the fantasies.  Often his asides will be common cliches, ones our audience is hopefully familiar with.*

*For instance, if Kermit and the gang found themselves in one of Piggy's educational fantasies, standing before a skyscraper-sized letter "R," and Fozzie accidentally knocked it over, and the giant "R" came crashing down on Gonzo and Animal, Rowlf might look into the camera and casually note, "The bigger the R, the harder it falls!"*

*When Rowlf isn't philosophizing, he's musicalizing...banging away on his little toy piano.  Only it doesn't play rinky-ding music, it plays real piano music, be it honky tonk, classical or otherwise.  His favorite tunes seem to be 50's rock'n'roll numbers which will set the musical undertone of the whole series.*

\*   \*   \*   \*   \*

*SCOOTER...*

*He's the brains of the bunch.   Computers are his thing; he's a neophyte hacker, always extending his computer just beyond the limits of his imagination!   Where a normal kid would play PAC-MAN with his computer, Scooter also reads a lot, and is enthusiastic about practically everything. He's the perfect follower.*

*Scooter, through his fantasies, might suck himself and the others into the inner world of his computer, going on a Tron-like fantasy adventure in worlds yet to be imagined.*

*Scooter is somewhat mechanical and analytical in thought and action.   In Scooter's fantasies, he would try to calculate the precise, logical or mechanical way to escape from jeopardy, instead of just "imaginging" his way out of it.   This annoys the others, as they find themselves facing dangers they'd like to get away from.   They can't stand waiting for Scooter to figure out the best avenue of escape.   "Hurry, Scooter!   The monster is coming" Kermit might say as the Muppets find themselves trapped by a towering stone wall.    Then, just in the nick of time, Scooter might apply pressure to one particular stone, bringing the entire wall crashing down, allowing them to escape.*

\*     \*     \*     \*     \*

**SKEETER...**

As her name might suggests, Skeeter is Scooter's twin sister.  If Scooter were to announce that he's the older of the two, she would quickly explain that it's only by 3 minutes.  She's loud and spunky, and can't understand Piggy's primping.  Skeeter loves to organize games (like dodgeball) and plays each game as if it's an Olympic trial.  And, to add even more humor and mayhem to the Gonzo-Kermit-Piggy triangle, Skeeter has a crush on Gonzo.  And let me tell you, you've got to be weird to have a crush on him.  "He's so ugly, he's beautiful," she might say.

Although Skeeter is continually accusing her brother of being a brat, it's Skeeter who more often than not manifests bratlike behavior.

\*     \*     \*     \*     \*

### ANIMAL...

This little Muppet is younger than the others and is the classic hyperactive baby. He's constantly overexcited, eats everything he can get his mouth onto, and understands nothing of the world around him. No crib, no cage, no closet can hold him; within minutes he's burrowed, chewed, or broken his way out. He is the Tasmanian Devil of the Muppet Babies, and is the source of much of the comedy. In explaining things to Animal, the other Muppets will reveal much of their own perceptions (and misconceptions) of life.

Animal is mess prone. No, not accident prone; Fozzie's more likely to have accidents. Animal _commits_ messes. Whatever he gets into, by the time he's gotten out of it, something is messed up: the walls, the couch, the bookcase, the plants. Whatever Animal touches, turns into a mess.

Animal doesn't talk much. In fact, he only repeats the last word (or the one word that expresses the major concept) of what someone else has just said. If Kermit were to suggest they play a game of baseball, Animal's eyes would bug out and he'd probably say, "Baseball! Baseball!" Then he'd more than likely eat the baseball, the bat, and Kermit's uniform! Then, after the others vented their frustration for his having ruined the game, Animal would probably smile and say, "Go bye-bye?" If any word is Animal's byword, that's it. We'll probably get the feeling this was the first phrase he learned, and mislearned at that. Like a dog responding to the word "walk," Animal will, at the most unexpected times, react to a situation with a broad smile and wide eyes and say, "Go bye-bye?" If Godzilla's foot slammed down into shot before him, Animal would probably look up and say, "Go bye-bye?" In the middle of a Piggy-Kermit love scene he's liable to rear his ugly face, smile, and say, "Go bye-bye?" Oh, the wrath of a Muppet pig scorned.

***BUNSEN & BEAKER...***

*Bunsen Honeydew, as you might suspect, is the scientific type, always looking for the "whys" and "wherefores" of life. He's into everything, making experiments and discoveries about the world around him. But not the types of things you might imagine; he might try to discover how many push-ups are in one scoop of ice cream, or he might search for the elusive Vitamin Q, one taste of which creates instant brilliance, or he might attempt to discover the formula for nuclear chewing gum (with which you can blow bubbles the size of the Graf Zepplin that explode with nuclear sound effects).*

*Bunsen's window into fantasy is his inventions and/or experiments. He might whip up a batch of magical fingerpaint that creates living art, taking the kids into some wild "scientific" oriented fantasy.*

*Just like every Psychiatrist needs his "rat," every scientist needs his "guinea pig," and Beaker is Bunsen's guinea pig. Beaker is the effect of Bunsen's experimental causes. If Bunsen is trying to discover how many miles of tread wear you get from a pair of running shoes, Beaker will be the one wearing the running shoes (and attached to a comical treadmill that runs him ragged). Beaker speaks only in pathetic little eeps and beeps, usually used to express his most common emotions: fear, terror, anxiety, etc.*

*Bunsen & Beaker live down the block, and will enter the nursery on occasion as a friend might drop over to say hello. But when these two kids come to say hello, watch out! all hell's about to break loose.*

*13*

**ROBIN...**

*is a tadpole in a fishbowl. His dialogue, which is minimal, is in bubbly monosyllables. Robin is Kermit's newest nephew (from a litter of 10,000).*

*Every child loves to have a "low man on the totem pole" to feel superior to, and practice parenting on. For this group, Robin is it. Poor Robin!*

*        \*     \*     \*     \*     \**

14

### THE NANNY...

*The Nanny is an adult woman who looks after the Muppet Babies. She is the parental authority figure to the Muppets. However, she will be represented graphically only from the knees down. We will never fully see the Nanny, but rather we will see her legs from the Muppet Babies' point of view -- towering, awesome legs that rise up out of shot like two Sequoias.*

*As a distinguishing feature, the Nanny will always wear the same, distinctively colored socks. When the Muppet Babies have a particularly threatening fantasy adventure, it is quite possible that the villain, be he/she pirate, witch or dragon, will be wearing Nanny's socks, and will have the same, grating voice as Nanny. In the case of the dragon, we may even see the scaly beast's "argyle" legs dissolve into the Nanny's socks at the end of the fantasy. You might say that Nanny will be the "JAWS" of the series, perhaps even to the extent of having her entrances portended by a throbbing musical accompaniment.*

\*     \*     \*     \*     \*

## CHARACTER RELATIONSHIPS

*Perhaps the most important thing to remember about the interrelationships of the Muppet characters is that basically they are all nice kids. They each have unique personality traits and ideosyncracies, but we do not want to set up the usual antagonisms between characters, or establish some characters as the good guys and others as the bad guys. The Muppet Babies are just ordinary kids (well, maybe not Animal) with ordinary needs and worries and fears and joys. They may pick on one another's weaknesses at times, but in the end they will support that character's growth, helping him or her overcome whatever the problem is, learning something about themselves in the process.*

*The most obvious of the Muppet character relationships will certainly be the "Gonzo-loves-Piggy-loves-Kermit" triangle, only in a more youthful version. Though it will be obvious to the audience that Piggy can't stand Gonzo (in terms of a sweetheart), he will always misinterpret her animosity and physical abuse as signs of affection. Very often he will be trampled in Piggy's stampede to get to Kermit, but instead of being disappointed, he'll come up all hearts and flowers, ga-ga over his favorite pigette.*

*Piggy quite probably is the only one who knows how to appeal to the adult, and when the Nanny enters the nursery, Piggy might suggest to her that the other Muppet babies were responsible for tearing the room apart. Piggy will be very manipulative with the Nanny, doing practically anything to get on her good side.*

*Scooter and Skeeter have a sibling rivalry.  Scooter can't stand his sister's illogical, ideas and her riduclously improbable fantasies.  They're no more ridiculous or improbable than any of the other fantasies, but they're Skeeter's, and to Scooter, that makes them worse.  Scooter will always be trying to correct Skeeter's fantasies.  But how can you correct a fantasy?  Skeeter, on the other hand (that's a puppeteer's joke.  On the other hand!  Get it?  Where was I?  Oh!) Skeeter, on the other hand, can't stand Scooter's always having to be logical and accurate with his fantasies, and does her best to sabotage them.  She might literally yank his background away, leaving Scooter standing in an empty white screen.  "Hey!  Where'd my fantasy go?" Scooter would say as his sister snickers with impish delight.*

*In the nursery, Skeeter is always being a pain in the Muppet to Scooter.  He might find her stuffing celery and tomatoes into his computer printer and when he asks what she's doing she'd probably say, "I'm just trying out your new "Food Processor" program."  Scooter would tear his hair out, crying, "Not <u>food</u> processor!  <u>Word</u> processor!"  But even then Skeeter wouldn't bat an eyebrow.  She'd just say, "Oh!  What kind of dressing do you put on a word salad?" (To which Fozzie would probably add, "French?")*

*Animal is always misunderstanding Scooter's computer lingo.  If Scooter starts to talk about "bytes" chances are real good Animal's gonna poke his head into shot and say, "Me bite!   Me bite!" then take a mouthful of computer.  And Animal loves computer diskettes.  "Mmmmm!  Cookie!  Cookie!" he'll say, as he pops one into his mouth.*

*17*

*Gonzo, being lowest in the kids' pecking order, is often forced to take care of Animal. Because Gonzo's so weird, and Animal's so uncontrollable, they often wind up going on incredible fantasies together.*

\* \* \* \* \*

18

## TYPES OF FANTASIES

*Each of the Muppet Babies will have a uniquely different way of getting into fantasies.  Each character's personality will determine the mood, content and setting of the fantasy.*

*__KERMIT'S FANTASIES...__will begin in just about any way imaginable, via story telling, from a reaction to a painting, or he might just drift off into a fanstasy.  His imaginings will be conservative, the types of fantasies you might expect to read in a picture book, almost architypical.  All of Kermit's fantasies will have him as the unassuming good guy, the underdog, that searching, trusting, honest soul who is "the common frog."*

*__PIGGY'S FANTASIES...__might begin from her blackboard, or a history lesson, or maybe a slide show.  Or she might find an old trunk in the attic and upon taking out an old 1920's outfit, go right into a Perils of Piggy fantasy, tied to the train tracks, her loving Kermie racing to her rescue (unfortunately, Gonzo's attempts to butt in on the rescue just might cause her to not be rescued before the choo-choo comes)!  Her fantasies will be more fanciful, more frilly, and more self-indulging.  If her fantasy came from a classical fairy tale, Piggy would more than likely be the beautfiul princess, about to be saved by her handsome Frog Prince.  Whatever the story, Piggy will be the center of attention in her fantasies.  However, don't be surprised if now and then Piggy has a real wild fantasy, with her turning up as a female Conan the Barbarian or something similar.  Needless to say, in Piggy's fantasies, Piggy is always cast in the optimum role.  You might call her a little "prima porker."*

**GONZO'S FANTASIES...**are likely to spring from the pages of a comic book he's reading, or he might take us into the television, getting involved in a conventionally animated fantasy based on a game show, a cartoon series, an old movie, or even a commercial.  Gonzo's fantasies are of the super hero, daredevil category.  He might be a caped crusader, or visit a strange planet full of man-eating shoes, or be a stunt driver in a live-action movie, or transcend into a new dimension, or he might even find himself being a daring test pilot with "The Right Stuffing!"  If one word could sum up Gonzo's fantasies that word would be "BIZARRE!"

**FOZZIE'S FANTASIES...**will parallel his dreams of Vaudeville stardom.  He might start a joke with "and then there was the time..." and suddenly he'd be off performing at the Palace, dancing on Broadway, or starring in a comedy movie.  But even in his fantasies, Fozzie will be incredibly clumsy and never quite able to get the punchline right.  No matter what Fozzie does in a fantasy, there will be an audience (be they fish or people or flies) that boo him off the stage.  Fozzie's fantasies will lead him, rather than him leading his fantasies.

**ROWLF'S FANTASIES...**will usually be of a doggie or a musical nature, or, oddly enough, both!  They may start off in real life, with him playing the piano, then transform into wild musical sequences like the old Judy Garland-Mickey Rooney production numbers, featuring Kermit and Piggy in the starring roles...with Rowlf on piano, of course.

**SCOOTER'S FANTASIES...**will be more analytical than the others, in fact, Scooter will find it hard to fantasize, because he's more grounded in reality

than the others.  He needs the help of others to get his fantasies going. But once he gets going, watch out!  Scooter's fantasies will contain villains and monsters of an electro-mechanical nature that are totally out of this world!  And only Scooter can figure out how to stop them...but can he do it in time?

**SKEETER'S FANTASIES...**are Tom-boyish, sibling rivalries gone berserk. Her imaginings will be slanted toward the great outdoors and sports: glacier skiing, backpacking, baseball, you name it.  Whatever it is, it's Skeeter doing it better than anyone...especially Scooter!  Scooter will always be the big loser in Skeeter's fantasies.

**ANIMAL'S FANTASIES...**like Animal, are totally out of control.  Whack City!  You never know what to expect from Animal's fantasies, except to laugh.  Animal gets into his fantasies via his messes.  He might be fingerpainting on the wall and WHOOSH! off we go into a wild, Jackson Pollack fantasy.  Or he might chew a hole through the wall and crawl through into an incredible fantasy cave, filled with the halucinations created by whatever Animal has just eaten.  Halucinations that scare the other Muppets, making them want to race out of Animal's fantasies.    Animal's reaction..."Go bye-bye?"

**BUNSEN & BEAKER FANTASIES...**will come from their experiments, gizmos, forumlas, etc.  They might invent a whacky time machine, taking the others off into the past or future.  Bunsen might whip up a strange formula, and when Beaker takes a taste POOF! they're into an eerie Dr. Beaker and Mr. Hyde fantasy.

*Our entree into fantasies will not be limited to the above, but will span the imagination as will the fantasies themselves.   We might see the same fantasy from three points of view, with each character altering the story to suit his own needs, limitations or peculiarities.   There might be a door that all of the Muppet Babies are afraid to go into.   Each has a different idea of what's behind the door, and each fantasizes about it differently.   However, we will never see what is actually behind this door.*

*The Muppet Babies' fantasies will also make fun of movies (a la Mad Magazine), TV videos, books, Sat. Morning cartoon shows, game shows, etc. This type of fantasy can be entered into via Gonzo's method of walking right into the television tube.   Or perhaps the kids can just be watching, then fantasize how "they'd" like to see the show.   "The Bride of Frankenfrog" is a particularly apt example of a fantasy that has universal appeal among children.   Picture Bunsen in the Dr. Frankenstein roll, with Beaker as his Igor.   Piggy, right down to the streaked hair and studded neck, would rise up from the sparking table, falling in love at first sight with Kermit (in the role of Fankenfrog).   And to make matters funnier, we might even add a few other horrific favorites to the story, like Fozzie in the role of The Werewolf (a stand up comic with lots of teeth and biting jokes.   "Why did the werewolf cross the street?  Give up?  To bite the chicken.  Get it?"*

*We might have some comical/educational fantasies.   Piggy could open a school book and attempt to teach the others that 2 + 2 = 4.   But as the lesson gets out of hand, off they go into a wild fantasy that takes them into the school book, and into a wild world where everything is based on numbers.*

*Imagine the fun when they try to add a two-headed giant to a three-winged bird and come out with a five-footed dancing Flamingo. Arithmatic will never be the same.*

*Another type of fantasy game that the Muppet Babies will sometimes play is the PASSING THE STORY GAME. Each character will narrate a different piece of the story. As we see the first Muppet Baby begin to tell the story we'll go into the fantasy and see it from that character's point of view, and told in that character's voice. After a designated period of time a bell will ring and it will be the next character's turn to continue the fantasy from that point. That character change points might find the lead character in the fantasy in some piece of jeopardy, usually so bad it appears he'll never be able to get out of it. Or it might find Piggy with Kermit in his arms, about to give him a kiss. The entire feel of the fantasy, including its background, design and ancillary character content, will change as the storyteller changes. A good deal of humor will come from these fantasy interchanges as Piggy's love story is suddenly transformed into Gonzo's super-hero story, which is transformed into Fozzie's stage routine.*

*Throughout the fantasies, of whatever variety, the Muppet characters will retain their ability to comment on the weirdness of each other's fantasies, complain about their role in a particular fantasy, argue about aspects of the fantasy they disagree with, or even stomp off screen, refusing to participate in a particular fantasy.*

*There should be no boundary to the imagination when it comes to fantasy realms. You shouldn't be surprised at all so see Scooter looking in the*

23

directory for a phone number, only to wind up taking a fantasy-filled "walk through the Yellow Pages!!" The Golden Rule is that there are <u>no</u> set rules. Anything goes. Kermit and the gang will have control of their fantasies. Thus, if a horrible monster is about to gobble up Scooter, Kermit might react with a sudden, "Wait a minute! Who's fantasy is this, anyway?" Then suddenly the tide of the story would change and our guys would causatively defeat their adversary.

\*     \*     \*     \*     \*

*24*

### THE NURSERY, ETC.

*Home base for our Muppet Babies will be a nursery/playroom.  This room will contain their beds (cribs), along with their playthings (blackboard, TV, toy chest, furniture, etc.).  This will be a generic nursery, by which is meant it shouldn't be distinguishable from an institutional nursery, or a home day care center.  It's just a nursery.  But from our Muppet Babies' points of view, it's the center of their wonderful, fanciful universe.  This nursery will be the main room  where we find our kids at the beginning of each episode.  Here they will do their thing, be it playing with toys, arguing, reading books, looking out the window.  It is from this nursery that they will wander off into other parts of the house.  Through the toys, instruments or objects in the playroom, the Muppet Babies will launch themselves into fantasies on unlimited scope.*

*Although they are "not supposed" to be in other rooms of the house, the Muppet Babies will sometimes venture out of the nursery.  The kitchen, basement, closet under the stairs, and attic will be the most commonly used rooms.  They may also venture into the backyard, where they will have a swing set with slide, sandbox (which might, through the magic of a fantasy, transform into the Sahara Desert), a giant tree and treehouse, as well as all the other things you might find in a child's backyard, with which we can launch into multi-dimensional fantasy worlds.*

*The Muppet Babies will use the normal objects in their nursery/playroom to launch into fantasies.  Two chairs placed together and covered by a blanket might turn into a haunted house.  A couch will transform into a bus.  A stack of pillows into a rocket ship.*

25

When a fantasy begins in the nursery it will end with the nursery in a similar state as the end of the fantasy, but usually in a comically chaotic mess.  All the things used in the fantasy (chairs, pillows, etc.) are now scattered across the playroom, indicating the extent they acted out fantasy in their real world.

If the Muppet Babies take a journey to the kitchen to get a drink of water at the sink, their efforts to climb up onto the counter will transcribe into a "climbing" fantasy, the likes of Mallory climbing Mt. Everest.

If the Muppet Babies journeyed into the attic, they would find all sorts of fun things to get into and fantasize about.  There might be old trunks, faded photographs, antique clothing, etc.

Similarly, the basement, with its old steam pipes, massive furnace, rats and shadowy corners may be the beginning of a creepy fantasy a la Indiana Frog in "Raiders of the Lost Basement!"

It should be noted, however, that both the visual look of the environments and content of fantasies should be more exciting than scarey.

*    *    *    *    *

## BASIC EPISODE SEGMENTS

*Any combination of the following segments can be used in a given half-hour:*

**STORY BOOK...***In this segment, one of the Muppet Babies, usually Scooter, reads a classic story or nursery rhyme (or maybe something just made up) and as we dissolve into the fantasy, each of the kids plays a different part of the story.*

**PASSING THE STORY GAME...***As described earlier, this segment involves one of the characters starting a fantasy. Using some sort of timing device (like a cooking timer), each character gets about a minute to tell a portion of story. At the DING! of the bell, the next character takes over the story, changing the lead character to himself, telling the story from his or her point of view with their own dreams, fears, etc. This proceeds from one character to the next until the story is over.*

**PIGGY'S LESSONS...***This segment includes Piggy's history lessons, math lessons, geography, astronomy, and just about any other subject you can imagine. Using books, slide shows, movies, show and tell objects, etc., Piggy plays teacher before the other characters, getting them into comical historical/educational fantasies that possess an ounce of truth and ten pounds of nonsense.*

*TV-MOVIE SATIRE...In this segment, Gonzo will take us into the inner world of the television set, in which we poke fun at all aspects of television: satires on well known movies, TV series, commercials, even cartoon shows. Imagine spoofing the Smurfs...literally!   There's Kermit as Poppa Spoof, Piggy as Spoofette and of course, Nanny's legs as the evil "Garglewell!"*

*Classic movies (which the audience is familiar with) such as Star Wars will be transformed into STAR WARTS!  TV series like Knight Rider will wind up as KITE RIDER (Gonzo with a computerized, talking kite).*

*NURSERY LAB...staring Bunsen & Beaker.   Their comical, experimental nonsense will be a segment in itself.   Insane inventions, funny formulas, exasperating experiments.   In this manner, Bunsen & Beaker will entertain and enlighten with the whackiest version of science since the dark ages!*

*The above methods of entering the world of fantasy will be used more than once in the Muppet Babies show.  There are numerous other ways of getting into fantasies which can be used less frequently:  Fingerpainting.   The newspaper.  A shadow.  A creaking door.  Anything that can start a child's imagination going can start the Muppet Babies' fantasies.*

*     *     *     *     *

## *MUSICAL INTERLUDES*

*Each half-hour of the Muppet Babies will include one musical number.  The music will lean heavily towards Fifties rock'n'roll, but will all have original lyrics relating to our characters, the nursery, a particular fantasy, or in some way relate to that day's episode.  We'll hear classics like,  "Come on over baby, there's a whole lot of <u>sleeping</u> going on!"*

*The musical numbers will be equally bizarre as the Muppets' fantasies, and may even have a similar structure and feeling to the music videos seen on MTV.*

*More often than not it will be Rowlf who gets the Muppet Babies into a musical routine, starting with his piano.  However, other environments may lend themselves to musical situations.  For instance, once the Muppet Babies have climbed to the top of the sink, the pots, pans, glasses and other kitchen utensils will be discovered for their musical qualities and off we go into the wild "blues" yonder.*

\*     \*     \*     \*     \*

## _ANIMATION TECHNIQUE – BACKGROUNDS – COLOR – DESIGN_

_The background designs should vary as widely as do the characters' fantasies. To add a unique dimension to some of the fantasies (especially Gonzo's) photographic cut-outs can be used. For example, Gonzo might be flying in a WW I biplane which is actually a photo cut-out, moved across the rendered background (creating a similar effect to the animation in the Monty Python Show)._

_There will be no fixed size scale to the fantasies. If the Red Baron were chasing Gonzo's biplane, we might see a 50' Kermit, in a suit of armor, come in and swat the Red Baron as if he were a fly. As the little plane spiraled to the ground, Kermit's fantasy (or just his point of view) might take over._

_To add still another dimension to some of the fantasies, photo-realistic still-life backgrounds can be used. High contrast, black & white photographs or extreme enlargements of half-tone screened photos may be used for effect._

_Keeping within financial restrictions, backgrounds should be thought of in terms of story plotting. Perhaps in one episode Gonzo might start to tell a story and, as we would expect, we see the background form as his fantasy begins. Then he changes his mind and the b.g. changes again. He hesistates, changes his mind, and again the background changes. The other Muppets might get angry at his procrastination and enter the scene with paint cans, rollers and ladders, and proceed to paint the background themselves (this could be done inexpensively via "rub-off" method, or chromakey for live-action background)._

Graphically, the nursery/playroom should be of soft pastel colors, making it a warm and cozy place, thus giving contrast to the brighter colored, more graphically unique world of the kids' fantasy realms.  The colors in a given fantasy should reflect the character who is the center of the fantasy.  Thus, if it is Piggy's fantasy, the background designs and colors should be soft, flowery and baroque in appearance.  On the other end of the scale, Animal's background colors and designs should be outrageous: colors clashing, angles clashing, even the characters clashing.  Gonzo's backgrounds might look like they were taken directly from the pages of a Superman comic book, somewhat like Roy Lichtenstein or Andy Warhol style graphics.

The visual look of the fantasy segments should run the gamut of available variations from austere backgrounds, to ornate and flowery scenes, to watercolor washes.  Old, sepia-toned photographs, dating back to the nineteenth century could be used.  Actual photographs without Muppet characters animated over them would produce but one of the possible graphic appearances possible.  All of these backgrounds will be unique even though they will be conventionally animated.

During one of the 4-6 minute fantasy segments, we may use live-action stock footage for the background; our characters appearing over the action via chromakey.  Picture Kermit and the gang taking a deep sea voyage in an animated bathyscaphe over a background of Jacques Cousteau style live-action underwater footage.  They might tangle with an animated octopus, or Gonzo might try to catch a live-action fish, only to be dragged off after hooking it!

When appropriate, short segments (few seconds) of live-action stock footage might be inserted, via chromakey or other electronic editing technique, into a particular fantasy or sequence. Perhaps Fozzie might tell a bad joke and a live audience will be seen "Booing" at him and throwing tomatoes. Or Gonzo might fire at the Red Baron, then we cut to a stock shot of a biplane spiraling to the ground and crashing. Similar techniques will be used to insert short cuts of live-action into animated backgrounds. For instance, Fozzie might look out the window and see a giant live-action chicken walk by. Or Gonzo might get into the closet and imagine he's an elevator operator. He might say, "Third floor, sporting goods," then the door would "slide" open to reveal a live-action cut of an alpine skier racing right into camera.

All of these live-action cuts will get odd reactions from our characters, who feel, as the audience will, that something funny is going on.

It should be noted, however, that considering the greater costs involved in matting and matching with regards to combined live-action and animation, that these types of effects will be used sparingly and therefore should be done for maximum effect.

Although anything is possible in terms of unique and varied combinations of live-action and animation, there will be set limits on the quantity of such techniques in each episode. There will be a maximum of one five minute fantasy segment with live-action background, and not more than two chromakeyed segments of a few seconds each during the course of one half-hour show.

## A NOTE ON SOUND EFFECTS

*With all of the attention being put on the unique visual aspect of the series, the sense of hearing should not be forgotten.  Crisp, clear and UNIQUE sound effects will be an integral part of the artistic content that makes The Muppet Babies a compete sight and sound fantasy experience.  Just as we will see visual images never seen before on Saturday morning, so will we hear bright new sound effects that heighten the sensory scope of the series.*

*We might, for instance, juxtapose sound effects, having cows "crow" and chickens "moo."  A water faucet might be turned on, only to sound like Niagara Falls.  A cork gun might sound like a Howitzer.  These are fantasies, and just as children imagine heightened visual imagery, so do they imagine heightened sounds.  If Kermit and the gang take off in an imaginery rocket it shouldn't sound like the normal Saturday morning sputter, but rather the rumbling eruption of a Apollo launch!  Even sound effects as simple as a door slamming can be heightened or exaggerated.*

\*    \*    \*    \*    \*

33

## SERIES FORMAT

The format of The Muppet Babies will be as unique as the characters themselves. It won't be a half-hour story, so familiar to action-adventure. It won't be two quarter-hour episodes like those little blue fellows. It won't be the multi-length segment formula with its long segment, medium segment, short segment and wraparounds. What it will be is a multi-dimensional half-hour with several short segments strung like pearls along a basic, real-time story string.

Every show will begin with The Muppet Babies in their nursery playroom. Between them they will establish the basic thrust of that particular half-hour. For instance, it might be trying to get Animal to keep quiet (by order of Nanny) with a string of fantasies, the purpose of which is to get the wild, little kid to sleep.

The thrust of another half-hour might be a party of some sort, with each of the characters opening a present and fantasizing about it. Piggy might fantasize her new sweater was a mink stole she's wearing for the Miss Three-Year-Old America contest. Kermit might put on his new cowboy hat and off we go into a wild west adventure, etc.

Another basic thrust might take the Muppet Babies out of the nursery and into some other rooms of the house, fantasizing about the basement, kitchen, attic, etc.

*Or how about a half-hour based on Fozzie's fear of the dark, with all the other Muppet Babies telling him stories in order to convince him there's nothing to be scared about.*

*Or maybe Gonzo bumps his nose, gets it bandaged up by the doctor, and all the other Muppets sit around his crib, telling him stories to cheer him up.*

*Or how about Halloween time, and the kids are taken on their first Halloween (walked along by their Nanny's legs, of course).  Each one fantasizing based on the costume they're wearing.*

*The show will parody and poke fun at anything that is familiar to our kid audience.*

*It is intended that the stories spend as much time with the individual Muppet personalities and their responses to their fantasy situations, as with the group and the group responses.  In essence, Gonzo and Animal may be the sole stars of Fantasy #1, while Piggy, Kermit and Fozzie headline Fantasy #2, etc.  Meanwhile, the other characters are left behind to carry on in the nursery.*

*As there obviously isn't enough time to do a fantasy segment for each character in a given half-hour, only two or three characters will be featured in each episode, with different characters featured in the following weeks. However, between the fantasies and wraparounds, each of the Muppet Babies will have their time in the spotlight during each half-hour show.*

\* \* \* \* \*

<u>**BASIC SEGMENT STRUCTURE**</u>

*Following is the general layout of segments within a given half-hour episode of THE MUPPET BABIES:*

**NOTE:** *In each half-hour episode there will no more than 5 minutes of animation with live-action backgrounds!*

**OPENING SEGMENT** *(2-3 minutes)*

*This will take place in the nursery. In this segment we establish the basic problem/goal of the particular episode. With specific intention of resolving the problem/goal, one of our main characters leads us through his or her particular "window" into the first fantasy.*

**FANTASY #1** *(4-6 minutes)*

*In this segment the above mentioned character takes us into his or her fantasy, which in some way relates directly to the resolution of the problem/goal. The fantasy will graphically represent this character's view of life, with other characters acting out various parts of the story as necessary.*

**NURSERY WRAPAROUND** *(1-2 minutes)*

*Here we will come back to the nursery after the end of the first fantasy, resolving that particular fantasy in terms of its relationship to the problem/goal. Following this, our next character will lead us from the nursery into the second fantasy.*

**FANTASY #2** *(4-6 minutes)*

*Same basic structure as Fantasy #1.*

**NURSERY WRAPAROUND** *(1-2 minutes)*

*Same structure as previous Nursery Wraparound, with yet another character leading us into the third and final fantasy.*

**FANTASY #3** *(4-6 minutes)*

*Same basic structure as previous two fantasies.*

**NURSERY WRAPAROUND** *(1 minute)*

*In this wraparound we will fully resolve the problem/goal of the episode, bringing the show to a close.*

## ALTERNATE SEGMENT STRUCTURE

*As an alternative to the previous structure, and depending upon the requirements of a given episode, is it quite possible that only two fantasies will be necessary, rather than three. In this case, the first or second fantasy would end in a "cliffhanger" and go directly into commercial.  Upon returning from the commercial, we would continue with that fantasy until its resolution, thus making the entire fantasy (both Part I and Part II) equal in length to two fantasies and one wraparound (10-14 minutes).*

*NOTE:   There will be one musical number which will occur in either a fantasy sequence or a wraparound, depending upon the particular needs of a given episode.*

\*     \*     \*     \*     \*

## "GO BYE-BYE" BLACKOUTS

*In addition to the above mentioned segments, at the end of each half-hour episode will be a five second blackout with Animal saying "Go bye-bye!" in different, comical ways each week.*

*If the theme of the episode was Animal's birthday, we might end the program with a still photograph of a birthday gift, all wrapped up in pretty paper and ribbon.  We'd hear this horrible chewing sound, then see Animal eat his way out of the box, look into camera, smile and say, "Go bye-bye!"*

*The possibilites are limitless and the humor as well.*

\*     \*     \*     \*     \*

## *THINGS TO EMPHASIZE*

*It should be noted, for the purpose of story content and continuity, that there are some positive educational and character traits that will be reinforced in the Muppet Babies series.*

*First is reading.  As noted, Scooter will often get into fantasies via a book. Stories and reading should be portrayed as interesting and exciting.*

*Second is imagination.  As practically the entire series is based on use of the imagination, it should be made perfectly clear that imagination is a valuable, fun and creative aspect of a child's (or anyone's) personality.*

*Third is breaking the agreed upon form of things.  What this means is that when possible, stories should not use the typical (whether industry or societal) ways of handling situations, but rather, new ways of dealing with subjects, ideas and emotions should be emphasized.  This may bridge into the area of imagination but differs in that it specially goes against the routine ways of looking at things.  For instance, "getting dirty" is considered a bad thing in many cases.  Handled creatively, however, getting dirty can be the subject of an entire episode and become a wonderfully creative and enjoyable experience.*

\*     \*     \*     \*     \*

39

### *THINGS TO AVOID*

*Certain things should be avoided in stories. Things that are common only to the U.S., whether in dialog or concept, should not be used as they limit the international market and can make the series impossible to understand in many foreign countries. Puns should be avoided for similar reasons, as well as signs and/or words on screen.*

*Also, references to Kermit eating flies, and frogs legs jokes should be avoided, as young audiences have not responded well to these notions in the past. Besides, Kermit is sensative about these things. He prefers Big Macs.*

\*   \*   \*   \*   \*

*40*

## END WORD

*The show's overall attitude is one of joyous celebration of life.*

*The Muppet Babies are a positive, fun-to-be-together kind of group who all enjoy, and genuinely respect each other, even though they disagree and squabble a great deal.  The basic feeling within the show is that life is good and that people are basically good.  There are lots of interesting things in life to do, adventures to pursue, and most of all, people and things to enjoy. Their fantasies serve as an extension of the liveliness of their surroundings, rather than as an escape.*

*The Muppet Babies show is funny, lovable and warm.  It sets up a world that people will want their kids to live in and through for a half an hour every Saturday morning.*

**"GO BYE-BYE!"**

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Leal*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-163-328

**Effective Date of Registration:**
October 28, 2019
**Registration Decision Date:**
October 29, 2019

## Title

**Title of Work:** The Muppet Babies Production Bible

## Completion/Publication

**Year of Completion:** 1984

## Author

- **Author:** Jeffrey Scott
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jeffrey Scott
c/o King Holmes Paterno & Soriano LLP, 1900 Ave. of the Stars, 25th Floor,
Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** Muppet characters;

**New material included in claim:** text

## Certification

**Name:** Matt Bridges
**Date:** October 28, 2019

# EXHIBIT 3



# The Next Generation

by Jeffrey Scott

***If it ain't broke, don't fix it!***

The Muppet Babies series never was and never will be broken. The series worked like a charm for 107 episodes. To remake the series without risking its success it is only necessary to update the animation so that it looks like a 2017 production, and revise a few of its elements to make them fit better in today's world.

## The Look

There were essentially two worlds in the Muppet Babies' universe: their home (the nursery) and their imaginations. These worlds should be updated to state-of-the-art animation. Instead of 2D, the Babies themselves should be in CG. They should not be redesigned, but simply modeled in CG to look as closely like the original 2D characters as possible. The original designs (above) were magnificently simple and emotionally engaging. Like the Babies, their home should also be upgraded from 2D to rich, Pixar-Disney quality CG.

Perhaps the most unique aspect of the original Muppet Babies series was the eclectic styles of animation used within the worlds of the Babies' imaginations. Although the stories and subplots should still dictate the style of animation utilized in each trip into their imaginations, it might bring more consistency to the characters if, in general, the

1

animation styles of their imaginations reflected their unique personalities so that there was a familiar feeling each time we went into a Baby's imagination. With today's varied computer animation styles this should be easy to accomplish.

## Series Structure

The basic structure of the series should remain the same—i.e. the Babies encounter a problem in the real world that propels them into their imaginations where, following a thematic/moral arc, they explore it, explode it, and ultimately resolve it. This is what made the original series a classic and should not be changed.

## Stock Library

One of the most unique aspects of the original series was the use of stock footage. When the Babies imagined adventure we used stock from Paramount's "Raiders of the Lost Ark". When they went into space we used Fox's "Star Wars" stock. When Fozzie struggled with his stand-up comedy we'd cut away to stock from Columbia's "Three Stooges" shorts. But the Disney universe might provide a more unified approach. This can be accomplished through Disney films, TV, wildlife stock, classical Disney characters, Pixar characters, ESPN, the Princesses, Star Wars, Marvel, etc. By focusing on Disney elements we can reinforce the reality that most children's worlds are, in fact, comprised of a great deal of "Disney".

## Nursery = Nursery School

In the original Muppet Babies series the Babies lived in a nursery. To update and broaden their home base we might replace the nursery with an almost magical, one-room preschool environment inside a charming old house, richly built in CG.

We were often asked, *Why are all these Babies, of different "Henson species", together in one nursery? And who is their nanny?* Though we never answered these questions—and there really is no need to—changing their nursery to a preschool answers these questions, makes more sense and gives us more to work with creatively. Envision a big warm room with books, table, play area, toys, instruments, art supplies, easels, learning aids, etc. It has everything the old nursery had and a whole lot more.

To broaden their "home" we can add a second location—an attached, outdoor playground with sandbox, play apparatus, slide, swing, grass area, big tree and perhaps a charming tree house.

The main preschool room and playground are just launch pads for the Babies' imaginations, not where the actual stories will take place. As before, all of our stories will take place in the Muppet Babies' imaginations.

## Nanny = FRanny

If we stick with Nanny, Betty White would be the ideal replacement voice for Barbara Billingsley. But if we update the Muppet Babies by putting them in preschool we might want to update Nanny and make her a more youthful, relevant character. To a young child a woman in her twenties or thirties is an "old lady". So why not rename Nanny to Franny, make her a preschool teacher and cast a younger, hipper female voice like Selena Gomez, Taylor Swift, Daisy Ridley or the like. We can keep Franny visible from the socks down as before.

## Curriculum

The original Muppet Babies was not a preschool series. It was pure entertainment. But we can inject some non-specific educational elements without reducing the entertainment and sheer fun of the series. With a 95% entertainment, 5% information formula we could integrate simple, useful facts and morals to our stories. For example, Scooter, Kermit or Franny could subtly correct Gonzo or Fozzie's wild inaccuracies with bits of correct information, cleverly woven into the stories.

## Format / Writing Style

Perhaps the most important and successful element of the original Muppet Babies series came from the fact that the stories were not written down to children. They had a "soft sophistication" to them and subtle references that allowed adults to enjoy the series along with their children, much like broad family audiences enjoy Pixar and Disney animated features.



# EXHIBIT 4

| SCRIPT | PA NUMBER |
|---|---|
| AROUND THE NURSERY IN 80 DAYS | PA 2-295-141 |
| FINE FEATHERED ENEMIES | PA 2-295-143 |
| FOZZIE'S FAMILY TREE | PA 2-295-144 |
| FOZZIE'S LAST LAUGH | PA 2-295-145 |
| I WANT MY MUPPET TV | PA 2-295-146 |
| KERMIT GOES TO WASHINGTON | PA 2-295-147 |
| MUPPET GOOSE | PA 2-295-148 |
| MUPPETS IN TOYLAND | PA 2-295-149 |
| MUSICAL MUPPETS | PA 2-295-150 |
| ONCE UPON AN EGG TIMER | PA 2-295-151 |
| OUT OF THIS WORLD HISTORY | PA 2-295-152 |
| PIGERELLA | PA 2-295-153 |
| PIGGY'S HYPER-ACTIVITY BOOK | PA 2-295-154 |
| SCOOTER'S UNCOMMON COLD | PA 2-295-155 |
| SNOW WHITE AND THE 7 MUPPETS | PA 2-295-156 |
| TREASURE ATTIC | PA 2-295-157 |
| THE BEST FRIEND I NEVER HAD | PA 2-295-158 |
| THE WEIRDO ZONE | PA 2-295-159 |
| THE MUPPET BROADCASTING COMPANY | PA 2-295-160 |
| THE DAILY MUPPET | PA 2-295-161 |
| THE GREAT MUPPET CARTOON SHOW | PA 2-295-163 |
| THE MUPPET MUSEUM OF ART | PA 2-295-164 |
| THE GREAT COOKIE ROBBERY | PA 2-295-165 |
| WHAT'S NEW AT THE ZOO | PA-2-295-140 |
| BAD LUCK BEAR | PA-2-295-142 |
| 8 Take Away 1 Equals Panic! | PA-2-285-216 |
| From a Galaxy Far Far Away | PA-2-284-939 |
| Good Clean Fun | PA-2-284-895 |
| Gonzo's Video Show | PA-2-285-172 |
| Noisy Neighbors | PA-2-285-238 |
| Scooter's Hidden Talent | PA-2-285-208 |
| Who's Afraid of the Big, Bad Dark? | PA-2-284-867 |
| Dental Hijinks | PA-2-284-984 |
| Raiders of the Lost Muppet | PA-2-285-000 |
| The Case of the Missing Chicken | PA-2-284-909 |
| What Do You Want to Be When You Grow Up? | PA-2-284-920 |
| Close Encounters of the Frog Kind | PA-2-284-947 |
| Fun Park Fantasies | PA-2-284-969 |
| Who's Afraid of the Big, Bad Dark? | PA-2-284-867 |