# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:22-cv-01136-SB-SK | Date: September 16, 2022 |

Title: *Howard Ehrenberg v. The Walt Disney Company*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Jennifer Graciano | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephen D. Rothschild | Erin J. Cox |
| | Brandon E. Martinez, Jr. |

**Proceedings:** [Minutes Of] Motion to Dismiss (Dkt. No. 47) (Held and Completed)

Case called and appearances made. The Court hears argument from the parties on the Motion to Dismiss. Dkt. No. 47. The Court takes the matter under submission.

:37